IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WHIRLPOOL CORP., <br><br> Plaintiff, <br><br> v. <br><br> HAIER US APPLIANCE SOLUTIONS, INC., D/B/A GE APPLIANCES, <br><br> Defendant. | C.A. No. <br><br> JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Whirlpool Corp. ("Whirlpool" or "Plaintiff") brings this Complaint against Defendant Haier US Appliance Solutions, Inc., d/b/a/ GE Appliances ("Haier" or "Defendant"), alleging as follows:

## NATURE OF ACTION

1. As alleged below, this is an action for patent infringement based on Haier's unlawful use of Whirlpool's patent directed to low-profile microwave hood combination products. Haier copied Whirlpool's award-winning design, and its misconduct has caused Whirlpool significant damage and irreparable harm.

## THE PARTIES

2. Plaintiff Whirlpool Corp. is a Delaware corporation having its principal place of business located at 2000 North M-63, Benton Harbor, MI 49022.

3. Defendant Haier US Appliance Solutions, Inc., d/b/a GE Appliances is a Delaware corporation having its principal place of business located at GE Appliance Park (Corporate Campus), 4000 Buechel Bank Road, Louisville, KY 40225.

1

## JURISDICTION AND VENUE

4. This is a civil action for patent infringement under 35 U.S.C. § 271 *et seq*.

5. This Court has subject matter jurisdiction over this action under the laws of the United States, 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has general personal jurisdiction over Haier because Haier is engaged in substantial and not isolated activity and is incorporated within this judicial district. This Court has specific jurisdiction over Haier because Haier has committed acts giving rise to this action and has established more than minimum contacts within this judicial district, such that the exercise of jurisdiction over Haier in this Court would not offend traditional notions of fair play and substantial justice. On information and belief, Haier has also placed infringing products into the stream of commerce by shipping those products into Delaware or knowing that the products would be shipped there. Moreover, on information and belief, Haier has committed or aided, abetted, contributed to, and/or participated in the commission of, acts of infringement of the Asserted Patent that will lead to foreseeable harm and injury to Plaintiff, including within Delaware.

7. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b)–(c) and 1400(b) because Haier is incorporated and has committed acts of patent infringement within this judicial district.

## FACTUAL BACKGROUND

**Whirlpool's Background**

8. Whirlpool is a leading home appliance company dedicated to improving customers' quality of life at home through efficient, reliable, and innovative appliances.[1] As the only major manufacturer of kitchen and laundry appliances based in the United States, nearly 90% of Whirlpool's 2024 sales occurred in the Americas.[2]

9. Among its areas of specialty, Whirlpool designs and manufactures kitchen appliances, including low-profile microwave hood combination products ("LP-MHCs"). LP-MHCs are designed to fit into the undercabinet hood space above a cooking range, providing a two-in-one kitchen appliance that cooks and provides ventilation.[3] Compared to their traditional counterparts, LP-MHCs have significantly scaled down overall vertical dimensions, allowing their installation in areas that previously could only accommodate a standalone ventilation hood.[4] The benefit of this compact design is preserved through an LP-MHC's robust air circulation of byproducts produced when using the cooking range below (e.g., smoke or grease). An LP-MHC's space-saving properties save countertop space without sacrificing performance, providing users with an efficient and innovative dual-function kitchen appliance.

10. The below images show certain of the components for an exemplary Whirlpool LP-MHC (Model No. WMML5530RZ):

---

[1] *See* https://ar.whirlpoolcorp.com/whirlpool-at-a-glance/.

[2] *Id.*

[3] https://www.whirlpool.com/blog/kitchen/what-is-a-low-profile-microwave.html.

[4] *See* Exhibit A (U.S. Patent No. 12,289,819) at 1:38-58; 4:40-60.

3







11. Whirlpool's LP-MHCs created a new, first-to-market category of MHCs, which had a significant impact on the cooking appliance industry and has enjoyed enormous commercial success. Whirlpool's creation of the LP-MHC product category was publicized in the industry and earned Whirlpool a 2019 iF Design Award.[5]

12. Whirlpool has also been awarded numerous patents for its innovative LP-MHCs, including the patent identified herein. Whirlpool's products practice the claims of those patents.

**Accused Products and Activities**

13. Commercial success and patenting are often accompanied by copying from competitors. That is the case here. Indeed, subsequent to Whirlpool's product launch, Haier launched a line of copycat products under the GE brand name that practice the Asserted Patent. Haier's website even references the "low profile" design of LP-MHCs, a term coined by Whirlpool after conducting market research:



---

[5] https://www.prnewswire.com/news-releases/whirlpool-corporations-innovative-design-wins-big-at-if-design-awards-300813555.html.

14. On information and belief, Haier sells the infringing products under the "GE" brand name. Upon information and belief, Haier acts in concert with other manufacturers, including at least Midea Group Co., Ltd. and Midea America Corp. (collectively, "Midea"), by coordinating and entering into agreements to commercially manufacture, import, market, offer for sale, distribute, and/or sell infringing products in the United States, including within Delaware. On information and belief, Midea manufactures the GE-branded products accused of infringement in this action. Haier's infringing products include at least the following Stock Keeping Unit ("SKU"): UVM9125STSS. On information and belief, Haier's infringing products, including at least SKU No. UVM9125STSS, are manufactured by Midea. The aforementioned Midea-manufactured products distributed by Haier in the United States are collectively referred to herein as the "Accused Products."

15. The below images show certain of the components for an exemplary Accused Product sold under the GE brand name (SKU No. UVM9125STSS), which constitutes an LP-MHC.







## THE ASSERTED PATENT

16. On April 29, 2025, the United States Patent and Trademark Office issued United States Patent No. 12,289,819 B2 ("the '819 patent"), titled "Combination Microwave and Hood System." The '819 patent lists the following individuals as inventors: Owen (XunCai) Zhang,

Michael A. Ledford, Stephen Zheng, and Xiangxu Liu. The '819 patent is valid and enforceable. A copy of the '819 patent is attached as Exhibit A. Whirlpool is the owner of the '819 patent by written assignment. Whirlpool thus has standing to bring suit for infringement of the '819 patent.

17. Whirlpool has complied with the marking requirements under 35 U.S.C. § 287 such that Whirlpool is entitled to collect past damages for infringement of the Asserted Patent. Whirlpool's LP-MHCs practice the Asserted Patent, and Whirlpool's practicing products have been marked with the Asserted Patent number.

## COUNT I

**(Infringement of U.S. Patent No. 12,289,819)**

18. Whirlpool realleges and incorporates by reference, as if fully set forth herein, all of the allegations contained in paragraphs 1–17 of this Complaint.

19. On information and belief, Haier makes, uses, imports, offers for sale, and/or sells in the United States the Accused Products that directly infringe at least claims 1-18, 21-22, and 24-30 of the '819 patent, under 35 U.S.C. § 271(a).

20. By way of non-limiting example, Exhibit B, submitted herewith, is a claim chart showing how the Accused Products directly infringe asserted independent claims 1 and 30 of the '819 patent.

21. On information and belief, Haier currently actively induces and has induced infringement of the '819 patent pursuant to 35 U.S.C. § 271(b) through, among other things, actively encouraging others to make, use, import, offer for sale, and/or sell in this judicial district and elsewhere in the United States the Accused Products.

22. For example, Haier actively promotes the sale, use, and importation of the Accused Products in marketing materials, product manuals, and web pages on its website,[6] and through its sales and distribution channels that encourage infringing sales, offers to sell, and importation of the Accused Products. Haier also coordinates with Midea to distribute in Delaware infringing Accused Products manufactured by Midea.

23. On information and belief, Haier has had knowledge of the '819 patent and that the Accused Products infringe the asserted claims of the '819 patent and learned of this at least from the filing of this Complaint. Contemporaneously with the filing of this Complaint, Whirlpool provided Haier with a copy of the Complaint and exhibits to the Complaint. As a result, Haier received notice of the '819 patent and the infringement at issue no later than the filing of the Complaint. By the time of trial, Haier will have known and intended (since receiving such notice) that its continued actions would infringe and actively induce the infringement of the '819 patent.

24. On information and belief, Haier's infringement of the '819 patent has been and continues to be willful.

25. On information and belief, Haier knew of the '819 patent or was willfully blind to its existence.

26. Haier's infringement of the '819 patent has been without permission, consent, authorization, or license from Whirlpool.

27. As a result of Haier's infringement, Whirlpool has suffered and will continue to suffer damages, including past damages, in an amount to be proved at trial. In addition, Haier's

---

[6] *See, e.g.*, https://www.geappliances.com/appliance/1-2-Cu-Ft-Over-the-Range-Low-Profile-Sensor-Microwave-Oven-UVM9125STSS (web page for UVM9125STSS; markets the Accused Product as fitting "over the range in the same space as a regular undercabinet hood, leaving plenty of countertop space").

9

infringement caused and will continue to cause Whirlpool irreparable harm, for which there is no adequate remedy at law, warranting an injunction from the Court.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all claims so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that the Court:

A. Adjudge that Haier has infringed and is infringing one or more claims of the Asserted Patent, directly and/or indirectly, literally, and/or under the doctrine of equivalents;

B. Award damages, including past damages, sufficient to compensate Plaintiff for Haier's infringement under 35 U.S.C. § 284, including an award of treble damages for willful infringement;

C. Find this case exceptional under 35 U.S.C. § 285, and award Plaintiff its reasonable attorneys' fees;

D. Enjoin Haier, and all persons in concert or participation with it, from directly or indirectly infringing one or more claims of the above Asserted Patent, directly and/or indirectly, literally, and/or under the doctrine of equivalents;

E. Award Plaintiff its costs and expenses incurred in this action;

F. Award Plaintiff pre-judgment and post-judgment interest; and,

G. Grant Plaintiff such further relief as the Court deems just and appropriate.

| | |
|---|---|
| OF COUNSEL:<br><br>Brian E. Ferguson<br>Robert T. Vlasis III<br>WINSTON & STRAWN LLP<br>1901 L Street NW<br>Washington, DC 20036<br>(202) 282-5000<br>beferguson@winston.com<br>rvlasis@winston.com<br><br>Kurt A. Mathas<br>WINSTON & STRAWN LLP<br>300 N. LaSalle Drive<br>Chicago, IL 60654<br>(312) 558-5600<br>kmathas@winston.com<br><br>Dated: November 18, 2025 | HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP<br><br>*/s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (#3630)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Plaintiff* |